UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
: 02 Civ. 0430 (RWS)
: MDL No. 1448 (RWS) ← DOCKET
:
IN RE: AIR CRASH AT BELLE HARBOR, : ORDER REGARDING
NEW YORK ON NOVEMBER 12, 2001 : STIPULATIONS OF DISMISSAL
:
: This Document Relates To:
: All Actions
---------------------------------x

    WHEREAS, attached as an Addendum to this Order is a list prepared by Holland & Knight LLP, co-counsel for defendants American Airlines, Inc. and AMR Corporation (collectively "American"), of individual cases in which original stipulations of dismissal (hereinafter "Stipulations"), with prejudice and without costs, have been signed by counsel for the respective parties but have not yet been filed;

    WHEREAS, there are more than 250 Stipulations, the Court's files for some of the cases referred to in the Stipulations have already been ordered to be closed (administratively or otherwise), and the filing of the Stipulations may result in unnecessary administrative burdens to the offices of the Clerk of the Court;

    NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Stipulations are hereby deemed to have been filed with and docketed by the Clerk of this Court;

2. In accordance with the Stipulations, the cases referred to in the Stipulations are hereby dismissed with prejudice but without interest or costs to any party; and

3. The Stipulations shall be retained by the law firm of Holland & Knight LLP, in their offices or in offsite storage, for a period of no less than seven years.

Dated: New York, New York
October 20, 2010

SO ORDERED:

_____
Robert W. Sweet, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-26-10

# ADDENDUM TO ORDER REGARDING STIPULATIONS OF DISMISSAL
## 02 Civ. 0439 (RWS), MDL No. 1448 (RWS)

In the following individual cases, original stipulations of dismissal, with prejudice and without costs, have been signed by counsel for the respective parties but have not yet been filed:

| Name (Abbreviated) | Docket No. | Name (Abbreviated) | Docket No. |
|---|---|---|---|
| Abreu, Juana | 02cv5037 | Baez Martinez, Rosario Maria | 03cv6354 |
| Abreu, Manuel | 02cv2511 | Batista-Ramirez, Lialette | 02cv3757 |
| Acosta, Candida | 02cv5467 | Batista, Noemi | 02cv4921 |
| Acosta, Iris Magaly Santana | 02cv8411 | | 03cv5244 |
| | 02cv9283 | Bautista, Garcia Baudilio | 02cv4126 |
| Alcantara Tavaras, Danny | 02cv4744 | Bautista, Mercedes Tito Livio | 02cv4751 |
| | 02cv5470 | | 02cv3147 |
| | 03cv7553 | | 03cv6354 |
| | 02cv4762 | Betances, Xiomara | 02cv8976 |
| Alcantara, Rosa | 03cv9034 | Blair, Dennis | 02cv4617 |
| | 04cv1625 | Bonilla, Jose S. | 02cv1311 |
| | 02cv7759 | Bourdier, Angela | 02cv10202 |
| Alcantara, Selene | 03cv2238 | Bourdier Tapia, Maria Isabella | 02cv5471 |
| | 03cv8267 | | 03cv0602 |
| Algarroba, Hipolito; Algarroba, Ubencia | 02cv4730 | Brasgalla, Rosemary | 03cv4569 |
| | | Bright, Eduviges | 02cv1307 |
| Allende, Josefina | 02cv7755 | Brito (Rodriguez), Pedro | 02cv4893 |
| Allstate Insurance Co. a/s/o: Cholakis, Nicholas and Christanthe; Goltz, Robert and Sherry; Hoffman, Bryan and Theresa; Kremberg, Rose; Jackson, James; Livoti, Phillip and Debra; Pearlman, Rita | 04cv8678 | Brito, Prospero Reyna | 02cv4624 |
| | | | 03cv8110 |
| | | Brito, Wigberto Pablo | 02cv4745 |
| | | | 03cv7529 |
| | | Bulloch, James; Tina Bulloch | 02cv4742 |
| | | Calderon, Ramon | 02cv8544 |
| Almanzar, Ramon Homer | 02cv3164 | Cann, Emelia; Cann, John; Cann, Kristin; Cann, Thomas | 03cv4571 |
| | 02cv4752 | | |
| | 02cv5475 | | |
| Almanzar, Rosa | 02cv3142 | | |
| Almonte, Juan Bautista | 02cv3154 | Capellan, Petronila | 02cv7393 |
| | 03cv6664 | Carty, Geminiz Garcia; Carty, Gilbert | 02cv3161 |
| | 03cv9406 | | 02cv4755 |
| Alvarado Alvarez, Luz Marina | 02cv3151 | Castillo, Juana | 03cv1386 |
| | 02cv3141 | Castillo Fernandez, Santana | 02cv7323 |
| Aponte, Marina | 03cv1513 | Cedeno, Sobeira Fatima | 02cv0614 |
| Araujo, Oneida | 02cv0617 | Celestino, Angel Prisca | 02cv1310 |
| Arroyo Molina, Regina | 02cv7756 | Charles, Cristina | 02cv5468 |
| | 02cv4616 | Chen, Ching-Zau; Tseng, Po Yi | 04cv2829 |
| Baez, Jovanny | 02cv4747 | | 02cv4723 |
| | 02cv4731 | | |

1

| Name (Abbreviated) | Docket No. | Name (Abbreviated) | Docket No. |
|---|---|---|---|
| Concannon Helen; Concannon, Thomas | 03cv2128 | Diaz, Francisco | 03cv1492 |
| | | Diaz, Julia | 03cv0398 |
| Cornelio, Victor Manuel | 03cv5206 02cv8414 02cv8237 | Diaz, Luz | 03cv4575 |
| | | Diaz Maria Isabella Burdier; Diaz, Alejandro | 03cv3192 |
| Coronado, Gladys; Coronado, Juan | 02cv0859 | Dilone Jr., D'Angelo Jose | 02cv5094 |
| | | Dominguez, Julia | 02cv8412 03cv1403 |
| Corporan-Robles, Danilo | 02cv9497 | | |
| Corporan, Eduarda; Corporan Janet Marie (a/k/a Yanet Marie Corporan Araujo) | 03cv5208 02cv4738 04cv0037 | Dutcher, Eleanor G. | 02cv4741 |
| | | Espino Fernandez, Adriano | 02cv4757 02cv3230 |
| Courtney, Kenneth Michael | 02cv8463 | Estrella, Florentino | 03cv7833 |
| Cuello, Gisela | 02cv3165 | Fabre, Delgado Miguelina | 02cv4735 02cv5472 |
| Cuevas, Indira Malena | 02cv3155 02cv8422 02cv7761 | Fernandez, Ercilia Polanco | 02cv0616 04cv1624 |
| Daly, William | 05cv0783 | Filanovsky, Marra | 02cv9712 |
| Davan, Gerald; Murphy, Jesse | 04cv4964 | Filanovsky, Ilya | 02cv9711 |
| | | Fleischer, Estelle | 05cv0784 |
| De Jesus, Maria | 03cv9405 02cv8421 | Flores, Juana | 03cv7551 02cv4760 |
| De La Asuncion, Federico | 02cv9496 | Flores, Lasar Isiah; Flores, Lasar Johnny | 02cv4248 |
| De La Cruz, Alcibiades | 02cv4613 | | |
| De La Cruz-Costa, Angela J. | 02cv6072 | Flores Lasar Johnny | 02cv9716 |
| De La Cruz, Clara | 02cv4740 | Flores, Lasar Isiah; Flores, Mariana Fernandez | 02cv1300 |
| De La Cruz, Leonte | 02cv4614 | | |
| De La Cruz, Leonardo; De La Cruz, Karla; De La Cruz, Glen | 02cv4615 | Fontakis, Deborah J. | 02cv1290 |
| | | Forteza, Anthony | 02cv6929 |
| | | George, Eduardo | 02cv8684 03cv4561 |
| De La Cruz, Marino | 02cv6215 | | |
| De La Cruz, Rafael Antonio | 02cv4612 | Gervacio, Martinez Felix de Jesus | 02cv6206 |
| De La Rosa, Eustaquio | 02cv4724 | | |
| Delgado, Reynida | 02cv7323 03cv8268 | Giannasca, Barbara Lynn | 02cv1289 |
| | | Goldberg, Seth | 03cv4572 |
| De Leon, Sergia, (a/k/a Ramona De Leon) | 02cv8417 | Gomez Contrera, Jose Alta Gracia | 02cv5473 02cv5177 |
| De Los Santos, Nieves (a/k/a Baez De Los Santos, Nieves) | 02cv3057 02cv4749 | Gonzalez, Carmen | 03cv4574 |
| | | Gonzales, Pedro Antonio Guillermo | 02cv3163 02cv4734 |
| De Marchena, Patricia | 03cv1433 | | |
| Despradel, Roberto Sr.; Despradel, Lorenzo; Despradel, Roberto Jr. | 02cv4725 | Gonzalez, Regina (aka Juliana Gonzalez) | 02cv4739 |
| | | Gonzalez, Wilmer | 02cv7399 |
| DeVito, Edwin; DeVito, Cami | 02cv7589 | Greleau, Sylvie | 02cv1291 |

2

| Name (Abbreviated) | Docket No. | Name (Abbreviated) | Docket No. |
|---|---|---|---|
| Guerrero, Altagracia | 03cv1437 | Lopez, Mercedes | 03cv9035 |
| Guerrero, Dariana; Guerrero, Diomaris | 03cv9032 02cv3035 | Lopez, Roberto Jr.; Lopez, Emily; Lopez, Mercedes | 02cv1678 |
| Guerrero, Marcelina Liriano | 02cv4764 02cv7400 | Lopez Suero, Argentina | 02cv5075 |
| Guzman, Norma Lillian Valoy; Guzman, Miguel Jr.; Guzman, Glenda; Guzman, Johnny | 02cv4611 | Lora, Jose | 03cv2241 |
| | | Lora, Karl Steven | 02cv5474 |
| | | Lynch, Anna Marie | 03cv4573 |
| | | Made, Anna Ofelia | 02cv1309 |
| Guzman de Mercedes, Nicolasa | 02cv6219 | Made Valdez, Mauricio Jose | 02cv8419 02cv6693 |
| Hartigan, Marion | 03cv6352 | | |
| Hay, Eleuteria | 02cv7323 | Marcano, Victor | 03cv5920 |
| Hernandez, Carla; Hernandez, Joanny Janette | 02cv4761 03cv7554 | Marte, Digna | 02cv3032 |
| | | Martinez, Angel | 02cv4626 02cv6747 |
| Hernandez, Juan Pablo | 02cv3167 02cv8470 | Martinez, Aurora | 02cv6952 |
| | | Martinez, German | 03cv2239 |
| Hernandez, Teofilo Antonio | 02cv1382 | Martinez Goris, Ibelisse | 02cv6173 03cv2859 03cv8267 |
| Heuze, Jean Claude | 03cv1431 | | |
| Hidalgo, Dario | 02cv3697 | | |
| Hidalgo, Yohanly | 02cv9728 | | |
| Hodge, Alexandole | 02cv5466 | Martinez, Juan | 03cv0272 |
| Huber, Frances | 03cv1435 | Martinez, Sura Estel | 02cv4621 |
| Huber, Joseph H. | 02cv7757 | Martinez, Yanelly | 02cv4639 02cv8423 |
| Huertas, Sarah | 03cv8946 03cv1463 | | |
| | | Mason, Nieves | 02cv4732 |
| Infante De La Cruz, Jose Vincente | 02cv3034 | Mateo, Virgilia Tavarez Abreu | 02cv4754 |
| | | Matias, Dominga | 02cv4753 02cv4733 |
| Jerez, Yamil | 02cv9226 | | |
| Jimenez Blanco, Humberto Antonio | 02cv4758 02cv3148 | Matias, Nuris Milagos | 02cv3150 |
| | | Matos, Orlando | 02cv7658 02cv6746 |
| Jimenez, Jayke | 03cv2009 | | |
| Jimenez, Roberto | 03cv9033 03cv2217 | State Farm Insurance Co. a/s/o: Kevin McKeon | 02cv7548 |
| Jimenez, Yesica Carolina | 03cv7258 | Mayol, Hilda Yolanda | 02cv8424 03cv8744 |
| Jiminian, Ernestina | 02cv4620 | | |
| Johnson, Carrie | 03cv4568 | McKeon, Ariana Leila; McKeon, Maureen; Hauter, Diana | 03cv4565 |
| Kremberg, Rose | 02cv3996 | | |
| Lafontaine, Jose | 03cv1387 | | |
| Landsman, Elaine; Landsman, Melvin | 03cv1434 | McKeon, Christopher | 03cv4570 |
| | | McKeon, Ilene L.; McKeon, Kevin Walter | 02cv9713 |
| Lawler, Kathleen C.; Lawler, Christopher McGuire | 02cv1337 | | |
| | | Medina, Carmen | 02cv3166 |
| Lendof, Luz Maria | 02cv1382 | Medrano, Wilfrido | 03cv8945 02cv4727 |
| Lopes, Joseph Mary | 02cv6303 | | |

3

| Name (Abbreviated) | Docket No. | Name (Abbreviated) | Docket No. |
|---|---|---|---|
| Melikjanian, Ashot | 03cv1432 04cv0033 | Perez Fernandez, Carlos Emmanuel (a/k/a Robert A. Cabrera Jr.) | 03cv8903 02cv8420 02cv1381 |
| Mena Grace | 02cv4216 | | |
| Mendez, Wilton | 02cv4736 | Perez, Carmen (a/k/a Desideria Vazaquez Romero) | 02cv6203 |
| Molin, Sten | 04cv2832 | | |
| Montalvo, Deysi | 02cv7761 02cv6864 | Perez, Fernando | 03cv2176 02cv8413 |
| Monte, Diane Patricia | 03cv6353 | Perez, Jose | 03cv4576 02cv3140 |
| Montilla, Remedios | 02cv1305 03cv0885 02cv3162 03cv8442 | Perez-Ramirez, Maria | 03cv4577 02cv1523 |
| | | Perreaux, Luis | 02cv8870 |
| Morales, Antonia | 02cv4391 | Pimentel, Ramona Amparo | 03cv0884 02cv6207 |
| Morales, Luis | 02cv8073 | | |
| Morelli, Edward C. | 03cv4566 | Polanco, Nurys | 03cv5034 04cv0035 |
| Mota, Efrain | 02cv7756 | | |
| Munoz, Luis Maria | 02cv3153 | Pomponio, Franco | 02cv1953 |
| Nespoli, Catherine | 03cv4563 | Ramirez, Jose Manuel | 02cv1308 |
| Noboa, Allen | 02cv1292 04cv2831 | Ramirez, Joseph Anthony | 02cv1523 |
| | | Ramirez, Victor | 02cv3367 |
| Nova Victoria | 02cv8425 03cv1436 02cv4623 | Ravelo Rijo, Rafael Augusto | 02cv6202 |
| | | Reyes, Roberto Antonio | 03cv6663 02cv1304 03cv2857 |
| Nunez, Ana | 02cv3156 | | |
| Nunez, Fatima Joselyn | 02cv4609 | Reyes-Calaff, Confesora | 02cv3384 04cv0036 |
| Objio, Sigfrido | 03cv2197 | | |
| One Beacon Insurance Company a/s/o James Bulloch, Inc. and 441 B.129 Street | 05cv4692 | Reynoso, Aliyah | 02cv5111 |
| | | Reynoso, Nalda Galba | 02cv4750 02cv5109 |
| Ogando, Rosanna | 02cv6743 | Rivera, Sr. Norberto | 02cv1335 02cv6204 |
| Oviedo, (Emilio) Ramon | 02cv7754 | | |
| Palm, Carol Natalia | 03cv0345 | Rodriguez, Julia | 02cv9715 |
| Paradis, Angel E. | 02cv5465 | Rodriguez, Julio | 02cv9714 |
| Pena Nadir, Altagracia Magnolia | 02cv4622 | Rodriguez Almonte, Lucia | 02cv3031 |
| Pena, Carmen; Pena, Michael; Pena, Catherine | 02cv6201 | Rodriguez, Maria | 02cv6932 |
| | | Rodriguez, Martina | 03cv0041 |
| | | Rodriguez, Ruben Matias | 02cv1336 |
| Peralta, Augusto; Peralta, Guadalupe | 02cv4217 | Roman, Mercedes Patria | 02cv5176 |
| | | Rosa, Angel | 02cv3157 |
| Peralta, Ramon | 02cv3160 | Rosa, Jose Angel | 02cv0439 |
| Peralta, Yelida (a/k/a Yelida Michelly Peralta) | 02cv3159 | Rosa Santiago, Whilman | 03cv1805 |
| | | Rosario, Danilo | 02cv3145 |
| | | Ruiz, Rosa | 02cv5476 02cv6205 |

4

| Name (Abbreviated) | Docket No. | Name (Abbreviated) | Docket No. |
|---|---|---|---|
| Sanchez, Elvis Antonio | 02cv2240 02cv6745 | Taveras, Guadalupe | 03cv5207 02cv5469 03cv8267 |
| Sanchez, Felix A. | 03cv6911 | | |
| Sanchez, Johanna | 02cv1333 | Taveras, Ivelisse | 02cv4608 02cv4748 |
| Sanchez, Jose Hilton | 02cv6745 02cv4071 | Tejeda, Adeline Johanna | 02cv4618 |
| Sanchez, Luis A. | 02cv3758 | The Harbour Light Pub Cafe | 05cv1956 |
| Santala, Timo J. | 02cv4894 | Tolentino, Evelyn | 02cv6071 |
| Sarmiento Richiez, Vicente (a/k/a Reyes, Agapito) | 02cv6729 02cv7758 | Tseng, Po Yi | 04cv2829 02cv4723 |
| Shorr, Jason David; Shorr, Lois M.; Shorr, Mark | 02cv6744 | Valdespino, William | 02cv6910 |
| | | Valera, Feliciano | 02cv6220 03cv8267 |
| Siri Polanco, Jose Antonio | 02cv4728 | Valerio, Maximo | 02cv3152 |
| Smith, Dylan; Smith, Jake; Smith, Mary | 03cv4567 | Vargas, Maria | 02cv4392 |
| | | Vaserman, Ilan | 02cv4895 |
| | | Vasquez, Milagros Garcia Perez | 02cv7447 |
| Soriano Batista, Daria | 02cv4919 02cv4734 | Vega, Zeneida | 02cv4756 02cv5935 |
| Soto-Guerrero, Franklin Alexander | 02cv3149 02cv4746 | Veloz, Braudilio; Veloz, Mercedes | 02cv4729 |
| Soto De Rodriguez, Balbina | 02cv7760 | Veloz, Carlos Pasqual | 02cv4726 |
| State Farm Insurance Co. a/s/o: Kevin McKeon | 02cv7548 | Veloz, Mercedes Luciano; Veloz, Carlos Pasqual; Veloz, Braudilio | 02cv4743 |
| States, Edward | 03cv2860 | | |
| Suazo, Angela Johanny | 02cv8418 03cv8902 | Ventin-Sanchez, Christopher | 02cv4413 |
| | | Ventin, Gloria de la Cruz | 04cv0034 |
| Tabar-Almanzar, Dulce Milagros | 02cv4150 | Ventura, Maria Del Carmen | 02cv0615 |
| | | Villella, Nicola Vincenzo | 02cv4619 |
| Tabar-Herasme, Lina Isabele | 02cv4148 | Weiser, Bette | 03cv4564 |
| Tatis, Jose A. | 03cv4252 | Zabala, Cesar | 02cv4918 02cv4625 |
| Tatis, Maria | 03cv4253 | | |

# 9523143_v2

5